IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STARLEIGH Y. JUDKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV625-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is presently before the court on the motion to remand filed by the Commissioner on January 19, 2010 (Doc. # 16). The Commissioner asks that this court reverse and remand this action pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff does not oppose the motion and agrees that it is due to be granted (Doc. # 20). For good cause, it is

ORDERED that defendant's motion to reopen the case (Doc. # 14) is GRANTED.

It is further ORDERED that defendant's motion to remand is GRANTED. A separate judgment will be entered.

Done, this 18th day of February, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE