IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STARLEIGH Y. JUDKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV625-SRW |
| | ) | (WO) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the order entered on this date granting the Commissioner's motion to remand, it is the ORDER, JUDGMENT and DECREE of this court that the Commissioner's decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g), and this action is REMANDED to the Commissioner for further administrative proceedings as set forth in the Commissioner's brief in support of his motion.

Done, this 18th day of February, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE